IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-00960-AP


ANGELA RENITA BOYKINS,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH,<br>United States Attorney<br>District of Colorado<br><br>WILLIAM PHARO,<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-844-7278<br>Fax: 303-844-0770<br>william.pharo@usdoj.gov<br><br>Daniel E. Burrows,<br>Special Assistant U.S. Attorney<br>Social Security Administration |

>Office of the General Counsel
>1001 Seventeenth St.
>Denver, CO 80202
>303-844-7356
>daniel.burrows@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

>A.  **Date Complaint was filed:**     April 10, 2012

>B.  **Date Complaint was served on U.S. Attorney's office:**  April 12, 2012.

>C.  **Date Answer and Administrative Record were filed:**  June 11, 2012.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:

>The Administrative Record appears to be complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

>The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

>There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

>There are no other matters to bring to the Court's attention.  This case is *not* on appeal from a decision issued on remand from this Court.

## 8. BRIEFING SCHEDULE

A. **Plaintiff's Opening Brief Due**:         August 10, 2012
B. **Defendant's Response Brief Due**:   September 10, 2012
C. **Plaintiff's Reply Brief (If Any) Due**: September 25, 2012

9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's statement**:

    Plaintiff does not request oral argument.

    B.    **Defendant's statement**

    Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.    ( )  **All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

    B.    ( X )  **All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

    DATED this 2nd day of July, 2012.

                                                BY THE COURT:

*s/John L. Kane*  _____
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ *Ann J. Atkinson*  
Ann J. Atkinson, Attorney at Law
7960 South Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax:  303-680-7891
atkinsonaj@aol.com

UNITED STATES ATTORNEY
*s/Daniel E. Burrows*  
By: Daniel E. Burrows
Special Assistant U.S. Attorney
1001 Seventeenth St.
Denver, CO 80202
303-844-7356
daniel.burrows@ssa.gov