IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  12-cv-00960-JLK

ANGELA RENITA BOYKINS,

       Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

For Plaintiff:

ANN J. ATKINSON
Attorney at Law
7960 S. Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
AtkinsonAJ@aol.com

For Defendant:

JOHN F. WALSH,
United States Attorney
District of Colorado

WILLIAM PHARO,
Assistant United States
Attorney
United States Attorney's Office
District of Colorado
1225 - 17th St., #700
Denver, CO 80202
Tele: 303-844-7278
Fax: 303-844-0770
william.pharo@usdoj.gov

Daniel E. Burrows,
Special Assistant U.S. Attorney
Social Security Administration

Office of the General Counsel
1001 Seventeenth St.
Denver, CO 80202
303-844-7356
daniel.burrows@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42
U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint was filed:**     April 10, 2012

**B.  Date Complaint was served on U.S. Attorney's office:**  April 12, 2012.

**C.  Date Answer and Administrative Record were filed:**  June 11, 2012.

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD:

The Administrative Record appears to be complete.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

There are no unusual claims or defenses in this case.

## 7.  OTHER MATTERS

There are no other matters to bring to the Court's attention.  This case
is *not* on appeal from a decision issued on remand from this Court.

## 8.  PROPOSED BRIEFING SCHEDULE

A. **Plaintiff's Opening Brief Due**:        August 10, 2012
B. **Defendant's Response Brief Due**:      September 10, 2012
C. **Plaintiff's Reply Brief (If Any) Due**: September 25, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A.       Plaintiff's statement**:

Plaintiff does not request oral argument.

**B.       Defendant's statement**

Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

**A.      (   )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

**B.      ( X )  All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A  COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 3d day of July, 2012.

<u>s/John L. Kane</u>
SENIOR U.S. DISTRICT JUDGE

APPROVED:                                           UNITED STATES ATTORNEY

s/ *Ann J. Atkinson*                                *s/Daniel E. Burrows*
Ann J. Atkinson, Attorney at Law                    By: Daniel E. Burrows
7960 South Ireland Way                              Special Assistant U.S. Attorney
Aurora, CO 80016-1904                               1001 Seventeenth St.
Tele: 303-680-1881                                  Denver, CO 80202
Fax:  303-680-7891                                  303-844-7356
atkinsonaj@aol.com                                  daniel.burrows@ssa.gov